# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - All | **DATE** | 12/05/2007 |
| **CASE TITLE** | USA vs. Ju Wen Zhou, et al | | |

**DOCKET ENTRY TEXT**

Warrant for Arrest to issue as to: Li Xien Wu, Yong Ouyang, Susan Chen, Su Jung Chen, Yvonne Law, Kenneth Quoc Loung, Ju Wen Zhou, Joahan Trujillo, Jorge Huerta, Michael Myint, Roberto Valdez, Michael Cruz, Henry Chun, Andrew So, Melvin Dumanlang, Jung Bae, Carlo Pandero, Sejin Oh.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|