AO 442 (REV 3/02) Warrant for Arrest

AUSA Timothy J. Chapman, (312) 353-1925
AUSA Steven J. Dollear, (312) 353-5359

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

YVONNE LAW

**WARRANT FOR ARREST**

MAGISTRATE JUDGE NOLAN

CASE NUMBER: 07 CR 799

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest YVONNE LAW

and bring him or her forthwith to the nearest magistrate to answer a CRIMINAL COMPLAINT charging him or her with

Beginning in or about November 2003, and continuing until in or about June 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, YVONNE LAW and others did conspire with each other and other persons known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute controlled substances, namely, in excess of 500 grams of mixtures containing a detectable amount of methamphetamine, a Schedule II controlled substance, quantities of 3,4-methylenedioxymethamphetamine (commonly known as Ecstasy or "MDMA"), a Schedule I controlled substance, and kilograms in excess of mixtures containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

NAN R. NOLAN
Name of Issuing Officer

*Nan R. Nolan*
Signature of Issuing Officer

Deputy Clerk

Bail fixed at $ _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/08/07 | | |
| DATE OF ARREST | | |
| 12/08/07 | | |