UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**F I L E D**

DEC 1 4 2007 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

USA,

Plaintiff(s),

v.

Case No. 2:07-mj-30571-JU

Yvonne Law,

07CR799-3

Defendant(s).

---

### NOTICE OF TRANSFER PURSUANT TO RULE 5(c)(3)(E)
### OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

TO: U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Enclosed are certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim P. 5(c)(3)(E) and the docket sheet. The case record is electronic and can be viewed at our Court's Intranet website via the J-Net.

Please acknowledge receipt of this record by returning a time-stamped copy of this notice to:

> Clerk's Office
> U.S. District Court for the Eastern District of Michigan
> 231 W. Lafayette Blvd., 5th Floor
> Detroit, MI
> 48226
> (313) 234-5005

### Certification

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

DAVID J. WEAVER, CLERK OF COURT

By: s/ T. Hallwood
Deputy Clerk

Dated: December 11, 2007

FILED
DEC 10 2007
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

Case No. 07-30571
Originating No. 07CR799

YVONNE LAW,

    Defendant.

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____
Deputy Clerk
Dated 12/11/07

### ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT AND COMMITMENT TO THAT DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **Yvonne Law** be held to answer to the charges pending against him in the **United States District Court for the Northern District of Illinois in the case of United States v Yvonne Law, Docket No. 07CR799**.

Defendant has been ordered detained pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.) Accordingly, it is also ordered that the United States Marshals Service take custody of defendant and transport him, together with a certified



FILED
DEC 10 2007
CLERK'S OFFICE
DETROIT

copy of this order and commitment, to the **United States District Court for the Northern District of Illinois**, and deliver defendant to the United States Marshals for that district or to some other officer authorized to receive defendant.

_____
United States Magistrate Judge

Entered: _12-10-07_

---

## RETURN

This commitment was received and executed as follows:

| Date Commitment Order Received | Place of Commitment | Date Defendant Committed |
|---|---|---|
|   |   |   |

| Date | United States Marshal | (By) Deputy U.S. Marshal |
|---|---|---|
|   |   |   |

CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-30571-JU All Defendants
## Internal Use Only

Case title: USA v. Law
Other court case number: 07-CR799 USDC-Northern District of Illinois

Date Filed: 12/10/2007
Date Terminated: 12/10/2007

Assigned to: Honorable Unassigned

### Defendant

**Yvonne Law** (1)
*TERMINATED: 12/10/2007*

represented by **Federal Defender**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313-961-4150
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby certify that the foregoing is a true copy of the original on file in this Office,
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____ Jimmy Hall _____
Deputy Clerk
Dated 12-11-07

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Disposition

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| REMOVAL PETITION FROM USDC-NORTHERN DISTRICT OF ILLINOIS | COMMITMENT TO NORTHERN DISTRICT OF ILLINOIS |

**Plaintiff**

USA  represented by  **Richard L. Delonis**
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Fax: 313-226-2621
Email: richard.delonis@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2007 | 1 | PETITION for removal hearing as to Yvonne Law (1). (AGre) (Entered: 12/10/2007) |
| 12/10/2007 |  | Minute Entry for proceedings held before Honorable Steven D Pepe : Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Yvonne Law held on 12/10/2007. Bond Info: Yvonne Law (1) defendant consents to detention. Disposition: (Tape #: SDP 12/10/07) (Defendant Attorney: Stacey Studnicki) (AUSA: Richard Delonis) (AGre) (Entered: 12/10/2007) |
| 12/10/2007 |  | Minute Entry for proceedings held before Honorable Steven D Pepe : Removal Hearing waived on 12/10/2007 (Tape #: SDP 12/10/07) (Defendant Attorney: Stacey Studnicki) (AUSA: Richard Delonis) (AGre) (Entered: 12/10/2007) |
| 12/10/2007 | 2 | WAIVER of Rule 5 Hearings by Yvonne Law (THal) |

|  |  |  | (Entered: 12/11/2007) |
|---|---|---|---|
| 12/10/2007 |  | ◉3 | ORDER APPOINTING FEDERAL DEFENDER as to Yvonne Law. Signed by Honorable Steven D Pepe. (THal) (Entered: 12/11/2007) |
| 12/10/2007 |  | ◉4 | CONSENT ORDER OF DETENTION PENDING TRIAL as to Yvonne Law Signed by Honorable Steven D Pepe. (THal) (Entered: 12/11/2007) |
| 12/10/2007 |  | ◉5 | COMMITMENT TO ANOTHER DISTRICT Defendant committed to Northern District of Illinois. Signed by Honorable Steven D Pepe. (THal) (Entered: 12/11/2007) |
| 12/11/2007 |  | ◉6 | NOTICE transferring case to *NORTHERN DISTRICT OF ILLINOIS* as to Yvonne Law. (THal) (Entered: 12/11/2007) |