# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States vs. Zhou

FOR AT: [FILED DEC 20 2007 — MAGISTRATE JUDGE NAN R. NOLAN, UNITED STATES DISTRICT COURT]

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name): Yvonne Law

☒ 1 Defendant – Adult
☐ 2 Defendant – Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

DOCKET NUMBERS
Magistrate: 07CR799-3
District Court: 07CR799-3
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor
21 USC 846

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 1700
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED: ___  SOURCES: ___

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 600 (approx)

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- VALUE: $1500.00 — DESCRIPTION: 2000 Alero
- VALUE: 3000. — DESCRIPTION: Retirement plan

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED (☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED)
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Apartment, Windsor Ontario | $ | $610 |
| Wells Fargo | $6,000 (approx) | $ |
| Pay Day Loans | $1400 | $ |
| Monthly living expenses, food, gas, utilities | $ | $400 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12-19-07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X /s/ Yvonne Law