Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 3 | **DATE** | 12/20/2007 |
| **CASE TITLE** | USA vs. Yvonne Law | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Yvonne Law appears in response to arrest on 12/19/07. Defendant informed of her rights. Enter Order appointing Steven R. Hunter as counsel for defendant for initial appearance only. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives her right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|