UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,
v.                                      Case No.: 1:07−cr−00799
                                        Honorable Nan R. Nolan
Ju Wen Zhou, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 3, 2008:

    MINUTE entry before Judge Nan R. Nolan :Case called for Preliminary examination. As stated on the record the following defendants waive their right to preliminary examination: Yvonne Law, Susan Chen, Thomas Man Lung Lo, Yong Ouyang, Li Xien Wu, Sejin Oh,Jong Kyun Chae,Carlos Panadero, Jr,Jung Bae,Melvin Dumanlang,Andrew So,Henry Chun,Michael Cruz,Roberto Valdez,Michael Myint,Jorge Huerta,Joahan Trujillo. Enter a finding of probable cause; Order defendants bound to the District Court for further proceedings. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.